**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**JEFFREY ALLEN,**

        **Petitioner,**

**v.**                                **CASE NO. 1:11-cv-197-MW/CJK**

**CAROLYN COLVIN,**

        **Respondent.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered the Magistrate's Report and Recommendation, ECF No. 17, filed August 23, 2013. No timely objection having been filed, upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "Petitioner's application for disability benefits and Supplement Security Income is **DENIED** and the

Commissioner's decision is **AFFIRMED**."  The Clerk shall close the file.

**SO ORDERED on September 13, 2013.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**
